UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Organized Communities Against Deportations, et al.

Plaintiff,

v.

Case No.: 1:21−cv−02519
Honorable John Robert Blakey

United States Immigration and Customs Enforcement

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 6, 2022:

MINUTE entry before the Honorable John Robert Blakey: The Court grants Maria LaHood's motion for leave to appear pro hac vice [20]. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.