# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ORGANIZED COMMUNITIES AGAINST )
DEPORTATIONS, IMMIGRANT DEFENSE )
PROJECT, and CENTER FOR )
CONSTITUTIONAL RIGHTS, )
              )
       Plaintiffs, )  No. 21 C 2519
              )
      v. )  Judge Blakey
              )
UNITED STATES IMMIGRATION AND )
CUSTOMS ENFORCEMENT, )
              )
       Defendant. )

### AFFIDAVIT IN SUPPORT OF MOTION OF EXPEDITED RELEASE OF RESPONSIVE DOCUMENTS

I, Antonio Gutierrez, declare pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am one of the co-founders of and the Strategic Coordinator at Organized Communities Against Deportations ("OCAD"). I make this declaration in support of OCAD's Motion for Expedited Release of Responsive Documents in response to our FOIA request, filed in July 2020.

2. OCAD is an undocumented-led non-profit organization that organizes against deportations, detention, criminalization, and incarceration, of Black, brown, and immigrant communities in Chicago and surrounding areas. OCAD works alongside families and individuals challenging these systems to create an environment for our communities to thrive, work, and organize, by creating public campaigns that show violations and/or abuse from Immigration and Customs Enforcement ("ICE") tactics. In addition, we directly support undocumented immigrants to navigate and understand the immigration system and refer individuals to legal aid support on their immigration cases.

3. OCAD regularly disseminates information vital to its members and the general public via a large social media following and the issuing of press releases and other materials. OCAD works to educate and inform the public about the widespread benefits of open migration policies. OCAD organizes public forums, workshops, and panel events to provide a platform for advocates and activists to challenge status quo ideas about migration. OCAD disseminates information about the immigration system to the public in accessible ways, including multiple languages, and is a leader in providing training and support to other organizations in regards to community-based organizing. OCAD's office and principal place of business is in Chicago, Illinois.

4. Since its formation, OCAD has monitored ICE policing and arrest tactics in Chicago, with a focus on how they reflect national trends and used this to create and disseminate Know Your Rights materials to empower immigrant communities in case they have contact with ICE. OCAD's materials and analysis are based on collective knowledge obtained from the community through our statewide hotline. OCAD works closely with legal experts and national organizations, such as fellow Plaintiff Immigrant Defense Project ("IDP"), Detention Watch Network ("DWN") and Mijente.

5. While based in Chicago, OCAD's work monitoring ICE policing and arrest tactics such that it informs our Know Your Rights materials are applicable nationally.

6. In my capacity as Strategic Coordinator, I co-lead OCAD's anti-deportation and community-driven litigation work informing the public about ICE policing through our statewide hotline, social media, and community workshops. OCAD creates public awareness through our campaigns, analyzing training and other materials that have been received through FOIA requests, litigation and individuals' testimonies.

7. In this capacity, OCAD with our co-Plaintiffs, IDP and the Center for Constitutional Rights ("CCR"), filed a FOIA request in July 2020 seeking expedited processing of information about ICE's Citizens Academies, including the one which had been announced to be held in Chicago, IL. OCAD coordinated with other immigrant rights organizations in Chicago a public response to the planned ICE's Citizens Academies, which resulted in a public rally and march outside ICE's headquarters in Chicago. It is our understanding that the Citizens Academy that was supposed to take place September of 2020 has only been postponed and that it remains ICE's plan to coordinate and carry out the Academy. We requested this information to be expedited because it was and remains strongly in the public interest to have information, including the budget, trainings, and other information, about a program funded by Congress for so-called community stakeholders who are handpicked by ICE to be trained about their policing and arrest practices, including trainings in "defensive tactics, firearms familiarization and targeted arrests."[1] This information remains especially vital to the public interest in a sanctuary city such as Chicago. ICE's announcement that its Citizens Academy would take place in Chicago felt like a direct attack on sanctuaries cities' stand to not collaborate with ICE to facilitate arrest and detention of our immigrant communities.

8. From the time the FOIA request was filed in July 2020, and continuing to date, we have had a compelling need to share information regarding ICE's Citizens Academy programs with the public. Since ICE's announcement of wanting to carry out a Citizens Academy in Chicago, almost 4,500 individuals have signed an online petition demanding that ICE officials stop Citizens Academies,[2] showing the strong interest the Chicago community

---

[1] Chantal Da Silva, *ICE Offering 'Citizens Academy' Course with Training on Arresting Immigrants*, NEWSWEEK (July 9, 2020), https://www.newsweek.com/ice-launching-citizens-academy-course-how-agency-arrests-immigrants-1516656.
[2] *Stop ICE's Racist Citizen's Academy*, Change.org, https://www.change.org/p/field-office-director-robert-guadian-stop-ice-s-racist-citizens-academy (last visited Jan. 12, 2022).

has in knowing the information that we requested in our FOIA request, including who is being selected to participate and how Congress is appropriating money towards these programs.

9. At a time when anti-immigrant sentiments remain increasingly high encouraging distrust in local law enforcement agencies in the midst of an on-going global pandemic, this information remains more important to disseminate than ever. Citizens Academy programs tout trainings on defensive tactics, firearms familiarization and targeted arrests. OCAD has serious concerns regarding the dangers of hand-selected "stakeholders" being trained on these tactics and using them as a form of "vigilante" justice against immigrant communities. Ultimately, we do not want to live in a community where our neighbors are scared of their neighbors. Our elected officials, the community we work with, and the general public have a right to have more information about ICE's priorities and spending as a public agency that promotes wanting to keep our communities secure.

10. To date, we have not received a single document. The White House budget for fiscal year 2023 is being prepared,[3] and Congressional debate on appropriations will shortly thereafter. Without the immediate release of this information OCAD's ability to conduct our mission and community education around ICE policing tactics is seriously impeded.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 12, 2022

Antonio Gutierrez

---

[3] Paul Krawzak, *Biden Budget Release Likely Delayed Until March*, ROLL CALL (Jan. 7, 2022), https://www.rollcall.com/2022/01/07/biden-budget-release-likely-delayed-until-march-sources.