UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ORGANIZED COMMUNITIES AGAINST DEPORTATIONS, IMMIGRANT DEFENSE PROJECT, and CENTER FOR CONSTITUTIONAL RIGHTS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 21 C 2519 |
| v. | ) ) | Judge Blakey |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, by Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, moves for summary judgment in its favor and against plaintiffs under Federal Rule of Civil Procedure 56. In support, defendant submits the accompanying memorandum of law in support of summary judgment, Local Rule 56.1 statement of material facts (DSOF), and declaration of Fernando Pineiro.

                                                         Respectfully submitted,

                                                         MORRIS PASQUAL
                                                         Acting United States Attorney

                                                         By: s/ Alex Hartzler
                                                            ALEX HARTZLER
                                                            Assistant United States Attorney
                                                            219 South Dearborn Street
                                                            Chicago, Illinois 60604
                                                            (312) 886-1390
                                                            alex.hartzler@usdoj.gov