# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Organized Communities Against Deportations, et al.

                                        Plaintiff,

v.                                                   Case No.: 1:21−cv−02519

                                                         Honorable Georgia N Alexakis

United States Immigration and Customs Enforcement

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 30, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis: Defendant's response to plaintiff's motion to compel is due on or before 2/19/25. Plaintiff's reply in support of its motion to compel is due on or before 3/5/25. The Court sets a hearing on plaintiff's motion on 3/20/25 at 9:30 a.m. No appearance is required on 2/4/25.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.